■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTONIO D. COWAN, Appellant. [640 NYS2d 816] —Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Nassau County (Mackston, J.), imposed January 31, 1995, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed (*see, People v Kazepis,* 101 AD2d 816). Balletta, J. P., O'Brien, Ritter, Pizzuto and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TROY DARDAIN, Appellant. [640, NYS2d 817] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Goldstein, J.), rendered October 25, 1993, convicting him of robbery in the first degree (four counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review his claims that the prosecution's summation remarks improperly bolstered the People's witnesses, misrepresented the position of the defense, and denigrated the defendant (*see,* CPL 470.05 [2]; *People v Vasquez,* 198 AD2d 460; *People v Miller,* 183 AD2d 790, 791). In any event, in light of the overwhelming evidence of guilt, any prosecutorial misconduct complained of would constitute harmless error (*see, People v Weaver,* 183 AD2d 797; *People v Gibbs,* 166 AD2d 454).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). Miller, J. P., O'Brien, Copertino and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS DELATORRE, Appellant. [640 NYS2d 817] —Appeal by the Defendant from a judgment of the Supreme Court, Kings County (Moskowitz, J.), rendered June 15, 1993, convicting him of attempted rape in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). The defendant has failed to raise any nonfrivolous issues in his supplemental *pro se* brief. Mangano, P. J., O'Brien, Ritter, Pizzuto and Florio, JJ., concur.